RACHAEL HAINES v. BELL CALDWELL.

*Error from the District Court of Oklahoma County.*

*Amos Green & Son,* for plaintiff in error.

*J. H. Everest,* for defendant in error.

The opinion of the court was delivered by

DALE, C. J.:   Upon examination of the record filed in this case, we find that counsel have stipulated that the

same may be taked upon the record without briefs. It being ascertained that the questions involved are identical with those decided in *Woodruff v. Wallace*, 3 Okla. 255, the judgment of the lower court is affirmed upon the authority of that case.

All the Justices concurring.